USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRUCE PURSE,

                Plaintiff,                    17 **CIVIL** 8565 (KMK)

      -against-                            **JUDGMENT**

MOUNT VERNON CITY SCHOOL
DISTRICT,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2020, Defendant's motion for summary judgment is granted; judgment is entered for Defendant, and this case is closed.

**Dated:** New York, New York
          March 10, 2020

                                              RUBY J. KRAJICK
                                                 Clerk of Court
                                BY:
                                                            Deputy Clerk

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON 3/10/2020